

# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**David Bach**

            V.                      CASE NUMBER: 02-cv-1500 (NAM)

**George Pataki, Et al.**

[X]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    Pltfs [2-1] Motion for preliminary injunction and declaratory judgment pending final judgment is denied as to all defendants; Further pltfs. [7-1] motion to consolidate the trial on the merits w/ a hearing on the application for a preliminary injunction is denied; Lastly, the [10-1] Cross motion by defts. to Dismiss the Complaint is granted and all claims against them are dismissed in their entirety.

All of the above pursuant to the order of the Honorable District Judge Norman Mordue, dated the 23rd day of September 2003.

September 23rd, 2003                    LAWRENCE K. BAERMAN

**DATE**                                                      **CLERK OF COURT**

                                                                    **KARA LOONEY**
                                                                    **DEPUTY CLERK**